IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEWANCHAND RAMSARAN INDUSTRIES (P) LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-1274 |
| | § § | |
| PORTS AMERICA TEXAS, INC., *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

This case is administratively closed the pending completion of the parties' settlement agreement. The parties have until **April 1, 2011** to file a motion to enter a final judgment or order of dismissal with prejudice, or to move for reinstatement on the basis that the settlement could not be consummated.

SIGNED on November 3, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge